SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 FEB 24 PM 5:00

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:22 CR 42 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 1163 |
| JORDAN FOURKILLER, | |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about December 18, 2021, in the District of Nebraska, the defendant, JORDAN FOURKILLER, a Native American male, did embezzle, steal, willfully misapply, willfully permit to be misapplied, and convert to his own use more than $1,000 of monies, funds, credits, goods, assets, and property belonging to the Omaha Nation Tribe of Nebraska, an Indian Tribal Organization.

In violation of Title 18, United States Code, Section 1163.

## COUNT II

Between on or about December 18, 2021, and December 27, 2021, in the District of Nebraska, the defendant, JORDAN FOURKILLER, a Native American male, did embezzle, steal, willfully misapply, willfully permit to be misapplied, and convert to his own use more than $1,000 of monies, funds, credits, goods, assets, and property belonging to the Omaha Nation Tribe of Nebraska, an Indian Tribal Organization.

In violation of Title 18, United States Code, Section 1163.

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Lecia E. Wright*
LECIA E. WRIGHT, NE # 24562
Assistant U.S. Attorney