

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING OF INDICTMENT | March 24, 2022 |
| USA V. JORDAN FOURKILLER, (8:22CR42) | |

| To | From |
|---|---|
| Clerk, U.S. District Court<br>District Of Nebraska | Lecia E. Wright<br>AUSA |

Be advised that the above named Defendant is now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**