IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR42 |
| | ) | |
| vs. | ) | |
| | ) | |
| JORDAN FOURKILLER | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter came before the court for hearing on May 31, 2022, on the defendant's Unopposed Motion to Continue Trial [19]. Lecia Wright appeared on behalf of the government and Kelly Steenbock appeared on behalf of defendant. For the reasons set forth in the motion and on the record, the undersigned magistrate judge finds that good cause exists for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [19] is granted, as follows:

1. The jury trial, now set for June 7, 2022, is continued to **August 23, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 23, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  May 31, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge